**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-7872**

———————————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

SAMUEL EARL FRYAR, a/k/a Ali, a/k/a Samuel
Fryer, a/k/a Samuel Earl Fryer,

                                        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis III, District
Judge.  (CR-03-491; CA-04-1242-1)

———————————

Submitted:  February 9, 2005        Decided:  February 16, 2005

———————————

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Samuel Earl Fryar, Appellant Pro Se.  LeDora Knight, OFFICE OF THE
UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Samuel Earl Fryar seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2255 (2000). An appeal may not be taken from the final order in a proceeding under 28 U.S.C. § 2255 (2000) unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2000). A certificate of appealability will not issue for claims addressed by a district court absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336 (2003); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000); <u>Rose v. Lee</u>, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Fryar has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>